IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN -6 A 11: 30

CLERK_____
          S. DIST. OF GA.

MIGUEL REBOLLO,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV205-257

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed a "Motion to Request a Judicial Review of an Illegal Wrong Action of a Federal Agency, Pursuant (to) 5 § 553(e) and § 702at seq.(ADA)." Petitioner attacks a judgment of conviction obtained in the United States District Court for the Eastern District of Virginia in Case Number 4:97CR00067-002.

IT IS HEREBY ORDERED that the captioned action is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia for further consideration. The Clerk of Court is hereby directed to forthwith transfer this case to the United States District Court for the Eastern District of Virginia, Newport News Division.

**SO ORDERED**, this 6th day of January, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)